IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Davis, et al., | No. CV 13-01963-PHX-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| Wells Fargo Advisors LLC, et al., | |
| Defendant, | |

Having considered the Notice of Settlement and Stipulation to Extend Time for Filing and Service of Notice of Motion to Vacate, Modify or Correct Arbitration Decision of Plaintiffs Christopher and Lori Davis and Defendants Wells Fargo Advisors, LLC, and Wells Fargo Bank, N.A., (Doc. 35), and good cause appearing,

IT IS HEREBY ORDERED granting the Stipulation (Doc. 35) and continuing the deadline for filing and service of any motion to vacate, modify or correct the arbitration decision in this matter through and including November 9, 2018.

Dated this 5th day of November, 2018.

_____

Neil V. Wake
Senior United States District Judge