# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Davis, et al., | No. CV 13-01963-PHX-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| Wells Fargo Advisors LLC, et al., | |
| Defendant. | |

IT IS ORDERED that the Stipulation to Extend Time for Filing and Service of Notice of Motion to Vacate, Modify or Correct Arbitration Decision of Plaintiffs Christopher and Lori Davis and Defendants Wells Fargo Advisors, LLC, and Wells Fargo Bank, N.A., (Doc. 39) is granted, despite the lack of showing of good cause, and the deadline for filing and service of any motion to vacate, modify or correct the arbitration decision in this matter is extended through and including November 26, 2018. The parties are now warned in advance that no further extension will be granted.

Dated: November 19, 2018.

Neil V. Wake
Senior United States District Judge